

| | **State of New Jersey** | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 093<br>TRENTON, NJ 08625 | JOHN J. HOFFMAN<br>*Acting Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | JEFFREY S. JACOBSON<br>*Director* |

April 15, 2015

<u>*Via Electronic Filing*</u>
The Honorable Renee Marie Bumb, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

   Re: *Tarricone v. New Jersey Judiciary, et al.*
      Civil Action No. 14-4612 (RMB-AMD)

Dear Judge Bumb:

  This Office represents the Superior Court of New Jersey, Camden Vicinage ("Camden Vicinage"), James Grazioli, Michelle Reganato, Frances Fina, and Glen Moton (hereinafter collectively referred to as the "Judiciary Defendants"), in the above-referenced matter. Oral argument on the Judiciary Defendants' motion to dismiss is scheduled before Your Honor for April 20, 2015.

  In her brief opposing the motion to dismiss, Plaintiff represented that she "remains an employee" of the Camden Vicinage. (CM/ECF # 11). However, it is my understanding that Plaintiff retired from the Camden Vicinage, effective April 1, 2015.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 984-4863 • FAX: (609) 984-9315
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Thank you for your kind consideration in this matter.

        Respectfully submitted,

        JOHN J. HOFFMAN
        ACTING ATTORNEY GENERAL OF NEW JERSEY


By: */s/ Eric S. Pasternack*_____
        Eric S. Pasternack
        Deputy Attorney General

CC:   Brian A. Pelloni, Esquire