

| | State of New Jersey | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 093<br>TRENTON, NJ 08625 | JOHN J. HOFFMAN<br>*Acting Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | JEFFREY S. JACOBSON<br>*Director* |

April 20, 2015

<u>*Via Electronic Filing*</u>
The Honorable Renee Marie Bumb, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      Re:   *Tarricone v. New Jersey Judiciary, et al.*
               Civil Action No. 14-4612 (RMB-AMD)

Dear Judge Bumb:

    The parties have agreed to dismiss the above-referenced matter. Accordingly, please find enclosed a Stipulation of Dismissal for the dismissal of this action with prejudice and without costs against either party.

    Thank you for your kind consideration in this matter.

               Respectfully submitted,

               JOHN J. HOFFMAN
               ACTING ATTORNEY GENERAL OF NEW JERSEY

            By: */s/ Eric S. Pasternack*_____
                 Eric S. Pasternack
                 Deputy Attorney General



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 984-4863 • FAX: (609) 984-9315
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

CC: Brian A. Pelloni, Esquire