JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, New Jersey 08625-0112
Attorney for Defendants


By:   Eric S. Pasternack
      Deputy Attorney General
      (609) 984-4863
      Eric.Pasternack@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

| | | |
|---|---|---|
| MELISSA G. TARRICONE, | : | HON. RENEE MARIE BUMB, U.S.D.J. |
| Plaintiff, | : | |
| | : | Civil Action No. 14-4612 |
| v. | : | |
| THE NEW JERSEY JUDICIARY, SUPERIOR COURT, CAMDEN VICIANGE, ET AL., | : | **STIPULATION OF DISMISSAL** |
| | : | |
| Defendants. | : | |

It is hereby stipulated and agreed that the Complaint filed by Plaintiff Melissa G.

Tarricone is hereby dismissed against Defendants, Superior Court of New Jersey,

Camden Vicinage, James Grazioli, Michelle Reganato, Frances Fina, and Glen Moton,

pursuant to Fed. R. Civ. P. 41(a)(1), with prejudice and without costs against either

party.

By: _____

Brian A. Pelloni, Esquire
Hornstine, Pelloni & Hornstine, LLC


JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY

By: _____

Eric S. Pasternack
Deputy Attorney General


DATED:    April 20, 2015

2